# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**DEMOND JASMINE (#479368)**                          CIVIL ACTION

**VERSUS**

**TIMOTHY HOOPER, ET AL.**                          NO. 19-00270-BAJ-EWD

## RULING AND ORDER

Before the Court is Petitioner's **Amended Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 10)**. The Petition is opposed. (Doc. 16). The Magistrate Judge has now issued a **Report and Recommendation (Doc. 17, the "R&R")**, recommending that the Petition be denied as Petitioner's only claim—that prison officials incorrectly calculated his parole eligibility date—is unexhausted and procedurally defaulted. The R&R further recommends that the Court deny Petitioner a certificate of appealability. There are no objections to the R&R.

Having carefully considered Petitioner's Amended Petition and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's **Amended Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 10)** be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the above-captioned matter be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, in the event that Petitioner pursues an appeal in this case, a certificate of appealability be and is hereby **DENIED** because reasonable jurists would not debate the denial of Petitioner's request for habeas relief or the correctness of the substantive ruling.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 30th day of August, 2022

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**